## Case Number 2:10-bk-61593-BR

Name: Cashier Myricks JR

Address: 30025 Alicia Parkway #106
Laguna Niguel, CA 92677



**Reason for dismissal:**

I will like to dismiss my bankruptcy because I was able to work out my debt with creditors and am now making more money at my job which will allow me to pay off my debts much faster.

Sincerely,

Cashier Myricks JR

Dated: 12-9-2010